IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STANLEY H. BRANDON, JR., | ) | CV 07-00334 SPK-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NWO, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on 5/21/08 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 17, 2008.

_____
Samuel P. King
Senior United States District Judge